**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| **CARMEN DIAZ-VELEZ,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**CULUSVI, INC. d/b/a COST-U-LESS and** )<br>**COST U LESS, INC.,** )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 2006/130 |

**ORDER**

**June 14, 2012**

In conformity with the Memorandum Opinion issued on today's date, it is hereby **ORDERED** that:

1. The Defendant's Motion for Summary Judgment (Doc. 86) is **GRANTED.**

2. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
