# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| **CARMEN DIAZ-VELEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 2006/130 |
| **CULUSVI, INC. d/b/a COST-U-LESS and** ) | |
| **COST U LESS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

### June 14, 2012

In conformity with the Memorandum Opinion issued on today's date, it is hereby **ORDERED** that:

1. The Defendant's Motion for Summary Judgment (Doc. 86) is **GRANTED.**

2. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge
